# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, <br> Plaintiff, <br><br> v. <br><br> VICKI CHRISTIANSEN, *Chief, U.S. Forest Service*; and AURELIA SKIPWITH, *Director*, *U.S. Fish and Wildlife Service*, <br> Defendants. | ) <br> ) <br> ) <br> ) <br> )   Civ. No. 20-cv-00863-KK-JFR <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF GOOD STANDING

Pursuant to D.N.M.LR-Civ 83.3(a)(1), I, Douglas W. Wolf, an attorney with the Center for Biological Diversity, who is admitted to practice in the United States District Court for the District of New Mexico, hereby certifies that both Elizabeth L. Lewis and William S. Eubanks are members in good standing of the Bar of the District of Columbia; that I will accept service; and that I will continue in this action unless another member of the Federal Bar of the District of New Mexico is substituted.

Respectfully submitted,

*/s/ Douglas W. Wolf*
Douglas W. Wolf
NM Bar No. 7473
Center for Biological Diversity
3201 Zafarano Dr., Suite C #149
Santa Fe, NM 87507
Phone: (202) 510-5604
dwolf@biologicaldiversity.org

## CERTIFICATE OF SERVICE

I, Douglas W. Wolf, hereby certify that on August 28, 2020, I electronically filed the foregoing Notice of Good Standing using the CM/ECF system, which caused all parties or counsel to be served by electronic means.

*/s/ Douglas W. Wolf*
Douglas W. Wolf