IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VICKI CHRISTIANSEN, Chief, U.S. FOREST SERVICE; MARTHA WILLIAMS, Principal Deputy Director, U.S. FISH AND WILDLIFE SERVICE,<br><br>　　　　Federal Defendants.[1] | No. 1:20-cv-00863-WJ-JFR |

## JOINT MOTION TO STAY LITIGATION

Plaintiff and Federal Defendants (collectively, "the Parties"), respectfully request that the Court vacate the remaining dates in the Court's December 10, 2020 "Briefing Schedule," ECF No. 23, and stay this litigation for forty-five (45) days to enable the Parties to explore settlement of Plaintiff's claims. The Parties have already commenced settlement negotiations and believe that it will be possible to promptly arrive at a mutually agreeable settlement that will resolve the claims at issue in this case. The Parties believe that forty-five (45) days should be a sufficient amount of time for the Parties to arrive at a mutually agreeable settlement and to complete the formal approval processes for such a settlement. Should the settlement negotiations ultimately prove unfruitful, the Parties will immediately notify the Court, request that the stay be lifted, and provide a joint proposal for a schedule for the remainder of the litigation.

---

[1] In accordance with Federal Rule of Civil Procedure 25(d), current officers are substituted for their predecessors.

Respectfully submitted,

*/s/ Elizabeth L. Lewis*
Elizabeth L. Lewis
DC Bar No. 229702
(Admitted *pro hac vice*)
Eubanks & Associates PLLC
1331 H Street NW, Suite 902
Washington, DC 20005
(202) 618-1007
lizzie@eubankslegal.com

*/s/ William S. Eubanks II*
William S. Eubanks II
DC Bar No. 987036
(Admitted *pro hac vice*)
Eubanks & Associates PLLC
1331 H Street NW, Suite 902
Washington, DC 20005
(970) 703-6060
bill@eubankslegal.com

*Counsel for Plaintiff*


JEAN E. WILLIAMS
Acting Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

      /s/ Andrew A. Smith                              .
ANDREW A. SMITH (NM Bar No. 8341)
Senior Trial Attorney
Environment and Natural Resources Division
United States Department of Justice
c/o United States Attorney's Office
201 Third Street, N.W., Suite 900
P.O. Box 607
Albuquerque, New Mexico 87103
Phone: (505) 224 1468
andrew.smith@usdoj.gov

EMMA L. HAMILTON (CA Bar No. 325360)
Trial Attorney
Environment and Natural Resources Division
United States Department of Justice

P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-0479
emma.hamilton@usdoj.gov

Counsel for Federal Defendants