**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

CENTER FOR BIOLOGICAL
DIVERSITY,

       Plaintiff,

    v.                            No. 1:20-cv-00863-WJ-JFR

VICKI CHRISTIANSEN, Chief, U.S.
FOREST SERVICE;
MARTHA WILLIAMS, Principal
Deputy Director, U.S. FISH AND
WILDLIFE SERVICE,

       Federal Defendants.[1]

**<u>ORDER GRANTING MOTION TO STAY</u>**

     Upon review of the parties' Joint Motion to Stay Litigation, the Court **GRANTS** the

motion and hereby:

     **ORDERS** that the remaining deadlines in the Court's December 10, 2020 "Briefing

Schedule," ECF No. 23, are **VACATED;** and

     **ORDERS** that the case shall be stayed for forty-five (45) days from the date of this

Order.

                                     WILLIAM P. JOHNSON
                                     CHIEF UNITED STATES DISTRICT JUDGE

---

[1] In accordance with Federal Rule of Civil Procedure 25(d), current officers are substituted for their predecessors.