IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>VICKI CHRISTIANSEN, Chief, U.S. Forest Service; and MARTHA WILLIAMS, Principal Deputy Director, U.S. Fish and Wildlife Service,<br><br>Federal Defendants. | Case No. 1:20-cv-00863-WJ-JFR |

**THE PARTIES' JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT AND TO DISMISS CASE**

Plaintiff Center for Biological Diversity and Federal Defendants Vicki Christiansen, in her official capacity as Chief of the U.S. Forest Service (hereafter "Forest Service"), and Martha Williams, in her official capacity as Principal Deputy Director of the U.S. Fish & Wildlife Service (hereafter, "FWS") (collectively, "the Parties"), respectfully request that the Court approve the attached Settlement Agreement and, pursuant to Federal Rule of Civil Procedure 41, dismiss this action with prejudice, retaining jurisdiction only to oversee compliance with the Settlement Agreement.

The basis and terms for the Stipulated Settlement Agreement are set forth in the Agreement. A proposed form of order accompanies this Joint Motion.

Respectfully submitted on March 29, 2021.

                                              */s/ William S. Eubanks II*
                                              William S. Eubanks II
                                              Eubanks & Associates, PLLC
                                              1331 H Street NW, Suite 902
                                              Washington, DC 20005
                                              (970) 703-6060

bill@eubankslegal.com

Elizabeth L. Lewis
Eubanks & Associates, PLLC
1331 H Street NW, Suite 902
Washington, DC 20005
(202) 618-1007
lizzie@eubankslegal.com

Douglas W. Wolf
NM Bar No. 7473
Center for Biological Diversity
3201 Zafarano Drive, Suite C, #149
Santa Fe, NM 87507
(202) 510-5604
dwolf@biologicaldiversity.org

*Attorneys for Plaintiff*

JEAN E. WILLIAMS
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

*/s/ Andrew A. Smith*
ANDREW A. SMITH (NM Bar No. 8341)
Senior Trial Attorney
Natural Resources Section
c/o United States Attorney's Office
201 Third Street, N.W., Suite 900
P.O. Box 607
Albuquerque, New Mexico 87103
Phone: (505) 224 1468
andrew.smith@usdoj.gov

EMMA L. HAMILTON (CA Bar No. 325360)
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-0479
Fax: (202) 305-0506
emma.hamilton@usdoj.gov

*Attorneys for Federal Defendants*

2